REICH & BINSTOCK, LLP
4265 SAN FELIPE, SUITE 1000
HOUSTON, TX 77027
Dennis J. Reich, TX Bar No. 16739600
Robert J. Binstock, TX Bar No. 02328350
Debbie L. Ziegler, TX Bar No. 12219200
Telephone: (713) 622-7271
Facsimile: (713) 623-8724

Attorneys for Plaintiffs, SHARON SMITH and AL SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. C-07-1755 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| SHARON SMITH, individually, and AL SMITH, spouse,<br>            Plaintiffs,<br>vs.<br>PFIZER, INC., PHARMACIA CORPORATION, AND G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.),<br>            Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Sharon Smith and Al Smith, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DISMISSAL

1  DATED: August 31, 2009

2                                    REICH & BINSTOCK, LLP

3

4                                    By: /s/ Debbie L. Ziegler

5
                                     Dennis J. Reich, TX Bar No. 16739600
6                                    Robert J. Binstock, TX Bar No. 02328350
                                     Debbie L. Ziegler, TX Bar No. 12219200
7                                    4265 San Felipe Blvd, Suite 1000
                                     Houston, Texas 77027
8                                    Telephone: (713) 622-7271
9                                    Facsimile: (713) 623-8724

10
                                     Attorneys for Plaintiffs
11

12

13  DATED: Oct. 22, 2009             DLA PIPER LLP (US)

14

15                                   By: /s/
                                         Matt Holian
16                                   Attorneys for Defendants

17

18

19
    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
20  IT IS SO ORDERED.**

21

22  Dated OCT 2 8 2009

23                                   Hon. Charles R. Breyer
                                     United States District Court
24

25

26

27

28

DISMISSAL